RECEIVED
IN LAKE CHARLES, LA
JAN 24 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| FELIPE A. PLACENCIA | CIVIL ACTION NO. 05-1612 |
| VS. | SECTION P |
| J.P. YOUNG, ET AL | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action against FCIO Warden J.P. Young, Assistance Secretary of U.S. Immigration and Customs Enforcement Michael J. Garcia, U.S. Department of Justice (Civil Division, Torts Branch) Paralegal Claims Specialist Aleta Bodolay, U.S. Department of Justice (Civil Division) Field Officer Director Craig Robinson, U.S. Immigration and Customs Enforcement (Office of Detention and Removal Operations) Acting Assistant Director Wesley J. Lee, and U.S. Immigration and Customs Enforcement (Office of Detention and Removal Operations) Deportation Assistant Samuel Edwards be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. 1915(e)(2).

**IT IS ALSO ORDERED** that plaintiff's claims against Bergen County Jail be dismissed without prejudice to plaintiff's rights to file said claims in the proper New Jersey district court.

In the alternative, **IT IS ORDERED** that this action be **DISMISSED WITH PREJUDICE** as same is barred by the § 2680(c) exception of the FTCA.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 23 day of January, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE